United States District Court
for the
Southern District of Florida

| United States of America, | ) | |
| :--- | :--- | :--- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 16-20669-CR-Scola |
| | ) | |
| Luis Esnay Hernandez-Gonzalez, | ) | |
| Defendant. | ) | |

### Order Adopting Magistrate's Report And Recommendation

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Defendant's motion to release some seized assets (ECF No. 65). On June 26, 2017, Judge Torres issued a report, recommending that the Court deny the motion. (Report & Recommendations, ECF No. 96.) The Defendant Luis Hernandez-Gonzalez objected (ECF No. 107), and the Government responded (ECF No. 113). Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 96**). The Court **denies without prejudice** Hernandez-Gonzalez's motion to release some seized assets (**ECF No. 65**). However, the Court will allow Hernandez-Gonzalez to file an amended motion including the financial affidavits. The motion "should be highly detailed and address all of the . . . points described" in Judge Torres's report. (Report at 17.)

**Done and Ordered** at Miami, Florida, on August 9, 2017.

_____
Robert N. Scola, Jr.
United States District Judge